February 19, 1982.

442 A.2d 348

Bailey, Appellant v. Bailey.

Argued June 22, 1981. Gary M. Light-man, for appellant; Joshua D. Lock, submitted a brief on behalf of appellee.

Before PRICE, JOHNSON and SHERTZ, JJ.

The order of Court of June 25, 1980, is affirmed on the opinion of the Judge Lipsitt. Having made an independent study of the entire record, we are of the opinion that the court below properly denied a decree in divorce in this case.

SHERTZ, J., did not participate in the consideration or decision of this case.